UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P65-S

**JA-RON TEAGUE**                                                                        **PETITIONER**

v.

**MARK BOLTON** *et al.*                                                      **RESPONDENTS**

### MEMORANDUM OPINION

      Petitioner, Ja-Ron Teague, commenced this action pursuant to 28 U.S.C. § 2254 by filing a fifteen-page, handwritten petition. He was subsequently ordered to use the Court's pre-approved form for use in filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner complied. This action is now before the Court for initial review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

      Upon review of the petition, the Court has discovered that Petitioner is seeking to challenge numerous prior convictions from the Jefferson Circuit Court spanning a decade or more. In the section of the petition asking Petitioner to list the date the judgment of conviction he is challenging he states: "9-19-97; 07-F-010-672(A) thru 10-23-08 08F-12691." Elsewhere in the petition, Teague lists approximately ten criminal action numbers. Teague does not indicate whether he pursued direct appeals of any of the action or otherwise presented the state courts with the challenges he seeks to raise now in federal court.

      The Court is unable to conduct a meaningful review of Teague's petition in its current form. Accordingly, **IT IS HEREBY ORDERED** that the current action is **DISMISSED without prejudice**. If Teague desires to re-file the action he may do so**. However, he must file**

**a <u>separate petition</u> for each criminal conviction he wishes to challenge**. The Clerk of Court is **DIRECTED** to mail Teague ten blank 28 U.S.C. § 2254 packets.

All pending motions are **DENIED as moot**.

Date:

cc: Plaintiff, *pro se*

4411.008